DIS/ALS:USAO # 2013R00497 - #3

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 JUL 23 P 5:09
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. JFM-13-0361** |
| **CARL PASCHALL, SR.** | : | |
| **CARL PASCHALL, JR.** | : | |
| **CHAD PASCHALL,** | : | **[Conspiracy To Commit Bank** |
| **MICHAEL JOHNSON,** | : | **Robbery and Incidental Crimes,** |
| **and** | : | **and Interstate Transportation** |
| **THOMAS ELLIS.** | : | **of Stolen Goods, 18 U.S.C. § 371;** |
| | : | **Arson of Property Used in** |
| **Defendants.** | : | **Interstate Commerce, 18 U.S.C.** |
| | : | **§ 844(I); Aiding and Abetting,** |
| | : | **18 U.S.C. § 2.]** |

**..oOo..**

# FIRST SUPERSEDING INDICTMENT

## COUNT ONE

*(Conspiracy to Commit Bank Robbery and Incidental Crimes and Interstate Transportation of Stolen Goods)*

The Grand Jury for the District of Maryland charges:

Beginning no later than September of 2011, and continuing until the date of this Indictment, in the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Southern District of West Virginia, the Middle District of Pennsylvania and elsewhere, the defendants,

**CARL PASCHALL, SR.**
**CARL PASCHALL, JR.**
**CHAD PASCHALL,**
**MICHAEL JOHNSON,**
**and**
**THOMAS ELLIS,**

knowingly and willfully conspired and agreed together and with each other, and with other persons both known and unknown to the grand jury, to commit the following offenses against the United States:

(a) Entering and attempting to enter a building used in whole or in part as a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony affecting such bank and any larceny, in violation of Title 18 United States Code, Section 2113(a); and

(b) Transporting in interstate commerce stolen goods, wares, merchandise, securities and money, of the value of $5,000 or more, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2314.

**MANNER AND MEANS OF THE CONSPIRACY**

1. It was part of the conspiracy one or more members, in order to avoid apprehension, would case the location and assess the likelihood of obtaining valuables. One or more members of the conspiracy would stand look out while others went inside of the targeted business.

2. It was further part of the conspiracy that the defendants unlawfully entered gas stations, convenience stores, credit unions and other commercial establishments in Maryland, Virginia, West Virginia, and Pennsylvania.

3. It was further part of the conspiracy that defendants would wear dark outfit, masks and gloves during the execution of the robberies.

4. It was further part of the conspiracy that, prior to entering the commercial establishments, the defendants would cut power lines, telephone lines, cables and other wires and

destroy or disconnect video cameras.

5. It was further part of the conspiracy that the defendants, stole from these commercial establishments items of value, to include cash, money orders, stamps, silver bars, jewelry, cigarettes, lottery tickets, prescription drugs, food, beverages, safes, laptop computers, cell phones, other electronics, vehicles and other valuables.

6. It was further part of the conspiracy that the defendants broke into Automated Teller Machines (ATMs), some owned and/or operated by financial institutions as defined in 18 U.S.C. § 20, and safes at the commercial establishments using tools including, but not limited to, vise grips, sledgehammers, chopsaws, grinders and blow torches.

7. It was further part of the conspiracy that the defendants would transport the stolen goods back to various locations to include the homes and businesses of the defendants within the State of Maryland.

8. It was further part of the conspiracy that the defendants would steal vehicles, tools, construction equipment and other implements and then use those items in later burglaries and home invasion robberies.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed the following overt acts, among others, in the District of Maryland and elsewhere:

1. On March 3, 2012, in Front Royal, Virginia, **CARL PASCHALL, SR.**, Ronald Henderson and others, participated in, caused, and aided and abetted, the commission of a burglary at the commercial establishment known as the Riverton Shell gas station. The defendant stole fifty Stage Coach .999 silver bars, $12,100 in U.S. Currency, $20,000 worth of

cigarettes, and a laptop computer. This stolen property was carried back to the State of Maryland.

2. On August 6, 2012, in Martinsburg, West Virginia, **CARL PASCHALL, SR., CHAD PASCHALL,** and others participated in, caused, and aided and abetted, the commission of a burglary at the commercial establishment known as the Bedington Crossroads Store. The defendants broke and damaged an ATM in the care, custody and control of B.B.& T. Bank, a financial institution. Defendants stole a safe containing approximately $2,300 in cash, $1,000 worth of postage stamps, 500-600 unused money orders and $1,785 in coins. This stolen property was carried back to the State of Maryland.

3. On September 10, 2012, in Grantsville, Maryland, **CARL PASCHALL, SR., CARL PASCHALL, JR., CHAD PASCHALL, MICHAEL JOHNSON, THOMAS ELLIS** and others participated in, caused, and aided and abetted, the commission of a burglary at the commercial establishment known as the 7-Eleven. The defendants broke and damaged an ATM in the care, custody and control of M & T Bank, a financial institution.

4. On or about January 21, 2013, in Jessup, Maryland, **CARL PASCHALL, SR.,** and others participated in, caused and aided and abetted, the burglary at a commercial establishment known as the Rivers Construction Group. They stole tools, generators, copper wire and a 2001 Ford F-450 Dump Truck.

5. On or about March 31, 2013, in Elkton, Maryland, **CARL PASCHALL, SR.,** and others participated in, caused and aided and abetted, the burglary at a commercial establishment known as Brantwood Liquors.

6. On or about April 19, 2013, in York, Pennsylvania, **CARL PASCHALL, SR,**

**THOMAS ELLIS** and others, traveled out of Maryland into Pennsylvania, attempting to locate a business to burglarize.

7. On or about April 21, 2013, in Kingsville, Maryland, **CARL PASCHALL, SR., THOMAS ELLIS,** and others participated in, caused and aided and abetted, the burglary at a commercial establishment known as Fork BP gas station. They broke and damaged an ATM in the care, custody and control of WFSF, a financial institution. They stole the contents of the ATM. The defendant stole additional cash totaling $13,700 and 189 cartons of cigarettes.

18 U.S.C. § 371
2 U.S.C. § 2

**COUNT TWO**

*(Arson of Property Used in Interstate Commerce)*

And the Grand Jury for the District of Maryland charges,

On or about June 1, 2012, in the District of Maryland, the defendants,

**CARL PASCHALL, SR.**
**CARL PASCHALL, JR.**
**CHAD PASCHALL,**
**MICHAEL JOHNSON,**
**and**
**THOMAS ELLIS,**

maliciously damaged and destroyed, by means of fire, to wit, a 2012 Ford E250 van, a vehicle used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce.

18 U.S.C. § 844(i)
18 U.S.C. § 2

**FORFEITURE**

1. Pursuant to 18 U.S.C. 981(a)(1)(C) and 28 U.S.C. 2461(c), as a result of the violations of Title 18, United States Code, Sections 371, 2113, and 2314, as set forth in Count One of this Indictment, the defendants,

**CARL PASCHALL, SR.**
**CARL PASCHALL, JR.**
**CHAD PASCHALL,**
**MICHAEL JOHNSON,**
**and**
**THOMAS ELLIS,**

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses for which they have been convicted.

2. Such property shall include, but not be limited to, the following:

a. **Money Judgment:** A sum of money equal to at least $500,000, for which each defendant is jointly and severally liable;

b. **Real Estate**:

1. 1635 Inverness Avene
Baltimore, Maryland 21230

c. **Personal Property:** The following vehicles:

| # | Year | Make | Model | VIN | Registered Owner |
|---|---|---|---|---|---|
| 1 | 2000 | Ford | truck | 2FTRX08W3YCA12823 | Chad Paschall |
| 2 | 2004 | Chevy | Avalanche | 36NEK12T24G188171 | Carl Paschall, Sr. |
| 3 | 2002 | Ford | F-250 | 1FTNX21LX2ED64860 | Carl Paschall, Sr. |
| 4 | 1999 | Acura | TL | JH4KA9652XC006466 | Carl Paschall, Sr. |
| 5 | 2004 | Acura | TL | 19UUA66294A020257 | Thomas Ellis |

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

1) cannot be located upon the exercise of due diligence;

2) has been transferred or sold to, or deposited with, a third party;

3) has been placed beyond the jurisdiction of the Court;

4) has been substantially diminished in value; or

5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), toseek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture: $500,000

18 U.S.C. 981(a)(1)(C) and 28 U.S.C. 2461(c)

Rod J. Rosenstein /AS

Rod J. Rosenstein
United States Attorney

TRUE BILL:

SIGNATURE REDACTED

Foreperson

Dated: July 23, 2013